UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:                                    :        Chapter 11
                                          :
HOTI ENTERPRISES, LP,                     :        Case No. 10-24129 (RDD)
                                          :
                  Debtor.                 :
---------------------------------------------------------------x

**CONSENT ORDER (A) SHORTENING NOTICE, (B) LIMITING NOTICE AND (C) SCHEDULING A HEARING TO CONSIDER ON AN EXPEDITED BASIS THE MOTION OF GECMC 2007 C-1 BURNETT STREET, LLC, TO EXCUSE COMPLIANCE WITH SECTION 543 OF THE BANKRUPTCY CODE OR, ALTERNATIVELY,  CONVERTING THIS CASE TO A CASE UNDER CHAPTER 7**

Upon the motion of GECMC 2007 C-1 Burnett Street, LLC ("GECMC") for an order (a) shortening notice, (b) limiting notice and (c) scheduling a hearing on an expedited basis to consider its motion (the "543 Motion") for an order (i) excusing compliance by a court-appointed receiver with section 543 of title 11 of the United States Code (the "Bankruptcy Code") pursuant to 11 U.S.C. §§ 543(d)(1) or, alternatively, (ii) converting this case to a case under chapter 7 of the Bankruptcy Code pursuant to 11 U.S.C. §§ 105(a) and 1112(b); and upon the Affidavit of Kerry Ford Cunningham pursuant to Local Bankruptcy Rule 9077-1; and it having been represented to the Court that the Debtor has consented to the terms of this Order; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that a hearing to consider the 543 Motion shall be held before the Honorable Robert D. Drain in Courtroom 118, at the United States Bankruptcy Court, 300 Quarropas Street White Plains, NY 10601 on November 22, 2010 at 10:00 a.m. (the "Hearing Date"); and it is further

ORDERED, that pursuant to Bankruptcy Rule 9006(c)(1), any and all provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules, including, without

limitation, Bankruptcy Rule 2002, shall be and hereby are reduced and shortened to the extent necessary to effectuate the terms of this Order; and it is further

ORDERED, that objections to the 543 Motion, if any, must be in writing and filed and received by Judge Drain's Chambers and counsel to GECMC no later than November 17, 2010 at 4:00 p.m. ET and comply with the Bankruptcy Code, the Bankruptcy Rules and Local Bankruptcy Rules, including General Order M-182; and it is further

ORDERED, that from the date of entry of this Order through the date and time of the Hearing Date and any adjournments thereto, the 543 Motion is granted on an interim basis and Barbara S. Odwak, Esq., as receiver (the "Receiver") is excused from compliance with sections 543(a), (b) and (c) of the Bankruptcy Code.

Dated: White Plains, New York
        October 29, 2010

/s/Robert D. Drain
United States Bankruptcy Judge