RATTET, PASTERNAK & GORDON-OLIVER, LLP
Proposed Attorneys for the Debtors
550 Mamaroneck Avenue
Harrison, New York 10528
(914) 381-7400

Robert L. Rattet, Esq.
Arlene Gordon-Oliver, Esq.
Scott A. Steinberg, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
In re:

| | |
|---|---|
| HOTI ENTERPRISES, LP. | Chapter 11 |
| | Case No. 10-24129(RDD) |
| Debtor. | |

-----------------------------------------------------------------------X
In re:

| | |
|---|---|
| HOTI REALTY MANAGEMENT CO., INC. | Chapter 11 |
| | Case No. 10-24130(RDD) |
| Debtor. | |

-----------------------------------------------------------------------X

# NOTICE OF ADJOURNMENT OF
# 341(a) MEETING OF CREDITORS

**PLEASE TAKE NOTICE** that the Section 341 (a) Meeting of Creditors for Hoti Enterprises, LP and Hoti Realty Management Co., Inc. both scheduled for November 17, 2010 in the United States Bankruptcy Court, S.D.N.Y., 300 Quarropas Street, Room 243A, White Plains, New York **have been adjourned to December 1, 2010 at 2:30 p.m**. at the same location.

Dated: Harrison, New York
     November 16, 2010

Rattet, Pasternak & Gordon-Oliver, LLP
Proposed Attorneys for the Debtors

By:   */s/ Arlene Gordon-Oliver*
       Arlene Gordon-Oliver, Esq.

550 Mamaroneck Avenue, Suite 510
Harrison, New York 10528
(914) 381-7400