**EXHIBIT "A"**

# Marine Park Luxury Rentals

**photo 1  << all photos  next >>**



photo by Nick Daunys

<< home/welcome

# Marine Park Luxury Rentals

**photo 11  << all photos  next >>**



<< home/welcome

*Marine Park Luxury Rentals*

opening page   home/welcome (you are here)   the neighborhood
photo tour   map/directions   application   contact us

## Welcome

*click here to watch our new YouTube video*



### General Information
The Marine Park Luxury Rentals complex is located in southeast Brooklyn in a quiet residential neighborhood adjacent to Marine Park.  see map

The 144 one- and two-bedroom garden apartments are situated along Fillmore Avenue, Stuart Street, Burnett Street, Madison Place, and Avenue R and are all just steps from or a short walk to the park.

Apartments are newly renovated, with top-of-the-line appliances and amenities, including
--air conditioners in living room and bedrooms
--dishwasher, microwave, and wine chiller
--granite floor (kitchen), Italian ceramic tiles (bathroom)
--electric smoke and carbon monoxide detectors.

Laundry facilities are located throughout the complex.

All apartments have cross-ventilation and either north-south or east-west exposures.

**Pets are welcome.**

Parking: There are no alternate parking regulations in the neighborhood, making street parking relatively easy. Secure on-site outdoor parking or garage space is available for an additional fee.

Connectivity: Cable TV, Internet, and phone services are provided by Cablevision and Verizon FIOS.

***Take a photo tour***  Click here to see the apartments, grounds, and facilities as well as photos of Marine Park.

### Monthly Charges
Please contact us for current rental rates (one- and two-bedroom apartments); utilities not included.

Private garages and outdoor, on-site parking as well as storage space are also available for a monthly charge.

There are no broker fees.

### Application
Prospective tenants are required to file an application, present



**Phphoto 9  << all photos  next >>**



photo by Nick Daunys

<< home/welcome

*Marine Park Luxury Rentals*

**Phphoto 8 << all photos next >>**



photo by Nick Daunys

<< home/welcome

*Marine Park Luxury Rentals*

photo 5  << all photos  next >>



photo by Nick Daunys

<< home/welcome

*Marine Park Luxury Rentals*

photo 4  << all photos  next >>



<< home/welcome

*Marine Park Luxury Rentals*

photo 2  << all photos  next >>



photo by Nick Daunys

<< home/welcome

**Marine Park Luxury Rentals**

photo 23  << all photos  next >>



photo by Nick Daunys

<< home/welcome

1, 8, 14, 26, 35

*Marine Park Luxury Rentals*

**Pphoto 24  << all photos  next >>**



photo by Nick Daunys

<< home/welcome

Marine Park Luxury Rentals

photo 25  << all photos  next >>



photo by Nick Daunys

<< home/welcome

*Marine Park Luxury Rentals*

photo 27  << all photos  next >>



photo by Nick Daunys

<< home/welcome

*Marine Park Luxury Rentals*

**photo 29  << all photos  next >>**



photo by Nick Daunys

<< home/welcom

*Marine Park Luxury Rentals*

photo 33  << all photos  next >>



<< home/welcome

*Marine Park Luxury Rentals*

**Phphoto 34 << all photos  next >>**



photo by Nick Daunys

<< home/welcom

*Marine Park Luxury Rentals*

**Phphoto 36  << all photos  next >>**



photo by Nick Daunys

<< home/welcom

# Marine Park Luxury Rentals

photo 22  << all photos  next >>



photo by Nick Daunys

<< home/welcome