EXHIBIT "C"

# HOTI REALTY MANAGEMENT CO., INC.

♦♦♦

PO BOX 129 ♦ Pelham, NY 10803
Phone 914-381-0007 ♦ Fax 914-381-2323
Cell 914-804-8200

## FAX TRANSMISSION COVER MEMORANDUM

TO:             Julie Andrews

FROM:           Victor Dedvukaj

DATE:           10-18-08

FAX NO.:        877-379-1625

**PAGES (including cover sheet):** Please remove all late fees I was never late I sent all proof to Galen Brin with key bank his said all was removed. I received a bill that gave me a heart attack on October 17, 2008 for $257,662.63 (enclosed). I never agreed to escrow insurance I have all the checks I paid in full for the year(enclosed). Please use the $146,044.15 plus interest to November Mortgage payment do not escrow for insurance. Please send me a new statement on Monday or I will go to my lawyers office because I have for 3 months spoken the Galen and this was never removed from my bill. I been calling him but he is on vacation and I will not stand for these bills.

My realstate taxes increased $24,000 a month which makes no sense I need to speak to someone that understands what happen.

Please call me when you receive this thank you for your help.

Thank You

*[signature]*

Victor Dedvukaj



`⑈000097l9⑈ ⑆021272723⑆ 3084476411⑈` `⑆000151494 2⑆`

THIS CHECK ALSO CONTAINS THE FOLLOWING SECURITY FEATURES
1. MICRO PRINTING on borders on face
   LOOK FOR - ORIGINAL DOCUMENT. Under magnification
2. Face of check has a TWO COLORED BACKGROUND.
   Green on left side changing to Blue on the right side.
3. Paper contains an ARTIFICIAL WATERMARK. Hold to light to verify watermark.
4. ENDORSEMENT AREA contains a cube pattern background.
5. Signature area on face contains different background than the rest of check.

BORDERS ON THE FACE AND BACK CONTAIN MICRO-PRINTING AND MAY BE SEEN UNDER MAGNIFICATION - LOOK FOR - ORIGINAL DOCUMENT

DO NOT WRITE, STAMP OR SIGN BELOW • RESERVED FOR FINANCIAL INSTITUTION USE

ORIGINAL DOCUMENT

INCLEARINGS
CARLSTADT NJ
3228150011 06-29-08

0009719 05 $0001514942 16301568 082908
DDA 904783262      ABS OF END GRTD
         NMD PAYEE  JPMORGANCHASE BK NA
CLG 044   ALL RTS RSVD  >074909962<



⑈000009672⑈ ⑆021272723⑆ 308447641⑈ ⑈000●1500000⑈

THIS CHECK ALSO CONTAINS THE FOLLOWING SECURITY FEATURES
1. MICRO PRINTING on borders on face and back - use magnification.
   LOOK FOR - ORIGINAL DOCUMENT.
2. Face of check has a TWO COLORED BACKGROUND.
   Green on left side changing to Blue on the right.
3. Paper contains an ARTIFICIAL WATERMARK hold paper to light to verify watermark.
4. ENDORSEMENT AREA contains a cube pattern background.
5. Signature area on face contains different background than the rest of check.

INCLEARINGS
CARLSTADT NJ
320028825 08-04-08

0028919 05 $00001500000 16301031 000100
ABA 304750262                ABS OF END GRTD
CR WITHIN NMD PAYEE  JPMORGANCHASE BK NA
094475  0   132     ALL RTS RSVD  >074909962<



⑈"000090800"⑈ ⑈021272723⑈: 308447641⑈"  ⑈"000259532⑈"

THIS CHECK ALSO CONTAINS THE FOLLOWING SECURITY FEATURES
1. MICRO PRINTING on borders on face and back. Under magnification LOOK FOR - ORIGINAL DOCUMENT.
2. Face of check has a TWO COLORED BACKGROUND. Green on left side changing to Blue on the right side.
3. Paper contains an ARTIFICIAL WATERMARK. Hold to light to verify watermark.
4. ENDORSEMENT AREA contains a cube patterned background.
5. Signature area on face contains different background than the rest of check.

BORDERS ON THE FACE AND BACK CONTAIN MICRO-PRINTING AND MAY BE SEEN UNDER MAGNIFICATION - LOOK FOR - ORIGINAL DOCUMENT

DO NOT WRITE, STAMP OR SIGN BELOW • RESERVED FOR FINANCIAL INSTITUTION USE

ORIGINAL DOCUMENT

CREDITED PER
INSTRUCTION OF PAYEE
ENCE OF ENDORS GUAR
ALL RIGHTS RESERVED
>074909962<
MORGAN CHASE BANK N.A
INDIANAPOLIS

INCLEARING
CARLSTADT NJ
963781253 02-11-08

JP MORGAN CHASE BANK, NA
INDIANAPOLIS, IN 02022008
#074909962# 055 8029 11
237014505



⑆00000824⑆ ⑈021272723⑈ 308447641⑈ ⑆0003238059⑆

THIS CHECK ALSO CONTAINS THE FOLLOWING SECURITY FEATURES
1. MICRO PRINTING on borders on face and back. Under magnification LOOK FOR - ORIGINAL DOCUMENT.
2. Face of check has a TWO COLORED BACKGROUND. Green on left side changing to Blue on the right side.
3. Paper contains an ARTIFICIAL WATERMARK. Hold to light to verify watermark.
4. ENDORSEMENT AREA contains a cube patterned background.
5. Signature area on face contains different background than the rest of check.

**CREDITED PER
INSTRUCTION OF PAYEE
ABSENCE OF ENDORS GUARTD
ALL RIGHTS RESERVED
021000021
JPMORGAN CHASE BANK NA/LBX**

INCLEARINGS21 030 00 14 13
CARLSTADT NJ
321709222 03-26-07
JP MORGAN CHASE BANK, NA










ORD-2-CO.

# Tower Insurance Company of New York

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.
POLICY CHANGES FOR THE POLICY PERIOD OF 01/09/2007 TO 01/09/2008

Policy Change Number 2

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| CPP2702886 | 02/08/2007 | Tower Insurance Company of New York |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| Hoti Enterprises LP | MORSTAN GENERAL AGENCY OF NY<br>021100W<br>P. O Box 4500<br>Manhasset, NY 110304500 |

COVERAGE PARTS AFFECTED

Property

CHANGES

BUILDING AND BUSINESS INCOME LIMITS ARE AMENDED AS FOLLOWS:

LOC #1 BLDG $2,000,000 - BI/EE $150,000
LOC #2 BLDG $2,000,000 - BI/EE $150,000
LOC #3 BLDG $4,000,000 - BI/EE $400,000
LOC #4 BLDG $3,000,000 - BI/EE $200,000
LOC #5 BLDG $2,000,000 - BI/EE $200,000
LOC #6 BLDG $5,000,000 - BI/EE $500,000
LOC #7 BLDG $4,000,000 - BI/EE $250,000
LOC #8 BLDG $2,000,000 - BI/EE $200,000
LOC #9 BLDG $1,000,000 - BI/EE $100,000
LOC #10 BLDG $3,000,000 - BI/EE $200,000
LOC #11 BLDG $2,000,000 - BI/EE $150,000

Additional Premium: $20,097.00
Additional NY Fire Fee: $139.60
Additional Total Premium: $20,236.60

**BROKER**

Authorized Representative Signature

# Tower Insurance Company of New York

120 Broadway, 31st Floor
New York, NY 10271 - 3199

**COMMERCIAL LINES POLICY**
**COMMON POLICY DECLARATIONS**

Sub Broker Copy

**Policy Number: CPP2702886**

Amended Declarations Effective 02/08/2007

**Named Insured and Mailing Address:**
Hoti Enterprises LP
4530 Boston Road
Pelham, NY 10803

**Producer and Mailing Address:** 021100W
MORSTAN GENERAL AGENCY OF NY
P. O Box 4500
Manhasset, NY 110304500
(516) 488-4747

The policy period is from **1/9/2007** to **1/9/2008** 12:01 A.M. Standard Time at your mailing address shown above.

Business Description: BUILDING OWNER

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the Insurance as stated in this policy.

This policy consists of the following Coverage Parts for which a premium is indicated. This premium may be subject to adjustment.

| Coverage Part | PREMIUM |
|---|---|
| COMMERCIAL AUTO COVERAGE PART | $0.00 |
| COMMERCIAL CRIME COVERAGE PART | $0.00 |
| COMMERCIAL GENERAL LIABILITY COVERAGE PART | $24,399.00 |
| COMMERCIAL INLAND MARINE COVERAGE PART | $0.00 |
| COMMERCIAL PROPERTY COVERAGE PART | $57,547.00 |
| DIRECTOR'S AND OFFICER'S LIABILITY COVERAGE PART | $0.00 |
| CERTIFIED TERRORISM LOSS PREMIUM | $3,733.00 |
| NY FIRE FEE | $408.54 |
| **TOTAL** | **$86,087.54** |

Premium shown is payable: **$86,087.54** at inception.

Forms applicable to all Coverage Parts: (Show Numbers)*

IL 00 17 (11/98) - Common Policy Conditions
IL 02 68 (11/05) - NY Changes - Cancellation and Nonrenewal
IL 09 85 (01/06) - Disclosure Pursuant to Terrorism Risk Ins. Act
IL 12 01 - Policy Changes

* Omits applicable Forms and Endorsements if shown in specific Coverage Part/Coverage Form Declarations

Countersigned: 02/15/2007    By _____
                                    (Authorized Representative)

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART FORM(S) AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.
Includes copyrighted material of Insurance Services Office, Inc., with it's permission.
Copyright, Insurance Services Office, Inc., 1983, 1984.

IL 0019 (11/85)

# TOWER INSURANCE COMPANY OF NEW YORK

INSURED COPY

| POLICY NUMBER | TERM FROM | TO | COMMERCIAL POLICY | BILL DATE |
|---|---|---|---|---|
| | | | | 02/16/2007 |
| CPP2702886 | 01/09/2007 | 01/09/2008 | | |

**Mailed/Billed to :**
Hoti Enterprises LP
4530 Boston Road
Pelham, NY 10803

**Producer:**
MORSTAN GENERAL AGENCY OF NY
P. O Box 4500
Manhasset, NY 110304500

---

| PAYMENT DUE DATE | | |
|---|---|---|
| 03/09/2007 | | |
| TOTAL DUE | | |
| $65,153.25 | | |
| MINIMUM DUE | | |
| $32,365.59 | | |

If you choose not to pay the total due,
a $10.00 service charge will be
included on each payment



**Mortgagee**

65,153.25
32,380.59
32,797.66

**INSURED**
Hoti Enterprises LP
4530 Boston Road
Pelham, NY 10803

All checks must be payable to Tower Insurance Company
Please mail remittance to:
**TOWER INSURANCE COMPANY OF NEW YORK**
General Post Office Box # 29919
New York, NY 10087-9919

For questions regarding this bill call:
212-655-2181
or
877-883-6599

---

