EXHIBIT "E"

# TENANT NIGHTMARE

## No heat, hot water for months in Bed-Stuy

BY JAKE PEARSON
DAILY NEWS WRITER

THEIR BEDFORD-Stuyvesant apartment building is in foreclosure – and these tenants are feeling forsaken.

Tenants at 874 Greene Ave. have suffered for months without heat or hot water even though a court-appointed receiver hired a managing company to make repairs and collect rents.

"The only way I get heat is to turn the stove on," said Paulette Walker, 36, who lives in her freezing fourth-floor apartment with her husband and 13-year-old son, Jacob.

"I boil water for the steam, turn on the grill and let the burners go."

The eight-unit building has been without heat or hot water since the boiler, which has broken countless times, failed again, tenants said.

Even their original landlord had a better track record than BPC Management when it came to making repairs, they added.

The tenants charge that BPC Management has ignored complaints about the broken boiler, roach infestations and even a leaking roof.

"They don't listen; they don't care," said Natasha Favorite, 25, who is eight months pregnant and lives on the second floor with her 3-year-old son, Adonis. "I'm sick of being in this house with no heat and no hot water."

Favorite said she has complained to BPC at least 10 times over the past year.

Angry tenants in the building have lodged 65 complaints with the Housing Preservation and Development Department since last February.

They are working with organizers from Pratt Area Community Council, who are trying to negotiate a timeline for improvements and repairs.

"This is the complication of foreclosures," said PACC organizing director Elana Shneyer.

"The tenants haven't done anything [wrong], but they get caught in the middle . . . without basic services."

A BPC Management spokesperson declined to comment.

"We can't even bathe the way we want to bathe," said Walker, an unemployed security guard who dumps six big cooking pots full of boiling water into the tub and adds cold water to take a bath.

"We really shouldn't have to live this way."


Roaches are trapped on bait paper on wall.


**Natasha Favorite in her kitchen, where she keeps the oven on and the burners and grill going for heat in cold apartment.** Photos by Linda Rosier/Daily News

## Family of 'Kung Fu judge' sues nursing home over death

BY ERIN DURKIN
DAILY NEWS WRITER

THE FAMILY of a Brooklyn judge has slapped a Park Slope nursing home with a multimillion-dollar lawsuit charging that shoddy treatment led to his death.

The $10 million suit alleges the Prospect Park Residence – where Judge John Phillips lived for eight months until his death two years ago – refused to give him a diabetic court – died at 83 in February 2008 after collapsing in a Prospect Park Residence elevator.

He had been declared mentally incompetent in 2001, a move some charged was politically motivated because he had announced plans to challenge Brooklyn District attorney Charles Hynes.

A series of court-appointed guardians allegedly squandered Phillips' assets, and he

"Looking at him, you could tell his health was going downhill fast," he said. "I was afraid that his life was in danger."

Boykin, who lives in Ohio, said he and a cousin pleaded with the court guardianship program to let Phillips move into one of their homes, but were turned down.

He insisted poor care – not just advancing age – led to Phillips' decline, noting the judge was "a health fanatic."