**EXHIBIT "F"**

# LAW OFFICES OF BARBARA S. ODWAK
32 COURT STREET■SUITE 1703■BROOKLYN, NY 11201■TEL. 718.875.1611

September 24, 2010

Kerry Cunningham, Esq.
DLA Piper LLP
1251 Avenue of the Americas, 27th floor
New York, New York 10020-1104

Arlene Gordon Oliver, Esq.
Rattet, Pasternak & Gordon Oliver, LLP
550 Mamaroneck Avenue, Suite 510
Harrison, New York 10528

Jeffrey A. Reich, Esq.
Reich, Reich and Reich
235 Main Street, Suite 450
White Plains, New York 10601

    Re: GECMC2007-C1 Burnett Street, LLC v. HOTI ENTERPRISES L.P. et al.

Dear Counselors:

As Receiver for these Marine Park properties I am concerned with, among other things, collecting rents and bringing in revenue. Over the course of this receivership my managing agent, BPC Management, and I have informed you that we are experiencing a vacancy rate and that the market rate for these apartments in this economy is continuing to decrease.

For example at this time market rate for a one bedroom is about $1,500 and for a two bedroom approximately $1,700. The current residents are paying higher rents. We have been concerned that if we ask for lower rents (current market rate) we will have a situation at the premises from the current tenants and if we ask for the higher rents we will not find anyone to rent these apartments.

Secondly, I must once again request that if Victor Dedvukaj is holding the security deposits for the tenants in these buildings that this be turned over to me. I have heard from the tenants committee and they are up in arms about this.

Counselors, I need a direction on the vacant apartments. Please contact each other and let me know whether I put them on the market for the market rent, continue to warehouse the apartments or if there is a third option please feel free to let me know.

I await your advices.

Very truly yours,

Barbara S. Odwak