EXHIBIT "G"

LAW OFFICES

# PODELL, SCHWARTZ, SCHECHTER & BANFIELD, LLP

605 THIRD AVENUE
NEW YORK, N.Y. 10158

(212) 883-6500
FAX: (212) 883-6518
WWW.PSSB-LAW.COM

SENIOR COUNSEL
ALLAN C. SCHWARTZ

SPECIAL COUNSEL
VICTOR HADE

OF COUNSEL
OWEN B. CARRAGHER

1205 FRANKLIN AVENUE
GARDEN CITY, NY 11530
TEL. (516) 248-5827
FAX (516) 248-5854

August 25, 2009

Hoti Realty Management Co., Inc
Attn: Mr. Victor Dedvukaj
P.O. Box 129
Pelham, NY 10803

Re: Real Estate Tax Refund
Premises: 1865 Burnett Street
Block: 8472 - Lot: 1
County: Kings

Dear Mr. Dedvukaj:

We are pleased to advise you that we have received a New York City refund check in the amount of $54,250.94 for the above premises.

This check represents the tax refund portion of the benefits derived from our settlement reducing the actual assessment for the 2008/09 tax year.

We are enclosing a photostatic copy of this check together with our bill for professional services rendered. To that end, we would appreciate your signing and returning to us the enclosed authorization which will enable us to deposit the refund check in our Attorney's Escrow Account, deduct our fee of $14,054.81 and remit the balance of $40,196.13 to Hoti Realty Enterprises, L.P.

Very truly yours,

PODELL, SCHWARTZ, SCHECHTER
& BANFIELD, LLP

HERBERT S. PODELL

HSP:bv
Encl.

| CHECK NO. | ACCOUNT NO. | TRANS. ID. | DATE | DOCUMENT NO. |
|---|---|---|---|---|
| 000061246O | 3 8472 001/0 | 920951604507 | 08/14/09 | 612460 |

COMMISSIONER OF FINANCE, CITY OF NEW YORK

**CHASE**
JPMorgan Chase Bank, N.A.
Syracuse, New York

$ ******54,250.94

NOT VALID AFTER SIX MONTH

FINANCE-PROPERTY TAX

THE SUM OF $54,250*AND 94 CENTS******

PAY TO THE ORDER OF

HOTI ENTERPRISES L.P.
C/O PODELL SCHWARTZ SCHECHTER BANF
605 3RD AVE
NEW YORK NY 10158-0180
R07726350090814

COMPTROLLER
COMMISSIONER OF FINANCE

⑆612460⑆ ⑈021309379⑈ 615773389⑈

LAW OFFICES

# PODELL, SCHWARTZ, SCHECHTER & BANFIELD, LLP

605 THIRD AVENUE
NEW YORK, N.Y. 10158

(212) 883-6500
FAX: (212) 883-6518
WWW.PSSB-LAW.COM

SENIOR COUNSEL
ALLAN O. SCHWARTZ

SPECIAL COUNSEL
VICTOR HADE

OF COUNSEL
OWEN B. CARRAGHER

1205 FRANKLIN AVENUE
GARDEN CITY, NY 11530
TEL. (516) 248-5827
FAX (516) 248-5854

July 27, 2009

Hoti Realty Management Co., Inc.
Attn: Mr. Victor Dedvukaj
P. O. Box 129
Pelham, New York 10803

Re: Petitioner
HOTI REALTY ENTERPRISES, L.P.
-TO-
PODELL, SCHWARTZ, SCHECHTER & BANFIELD, LLP

FOR PROFESSIONAL SERVICES RENDERED:

In connection with obtaining reduction
of assessment covering:

PREMISES: 2801 Fillmore Avenue
COUNTY: Kings
BLOCK: 8472   LOT: 1

For the Tax Year: 2008/09

| | |
|---|---|
| Assessed Value | $ 2,470,500 |
| Reduced Assessed Value | $ 1,084,000 |
| Reduction in Assessed Value | $ 1,386,500 |
| Tax Rate | 12.596% |
| Assessment Reduction Times Tax Rate | $ 174,643.54 |
| Fee at 25% (Dept. of Finance Filing) | $ 43,660.88 |
| REDUCED COURTESY FEE --- $ | 14,054.81 |

07/27/09

AUTHORIZATION

In re: Tax Refund Covering:
Block: 8472 Lot: 1
Premises: 1865 Burnett St.
County: Kings
Petitioner: Hoti Realty Enterprises, L.P.

---

The undersigned represents that (s)he is Pres. of Corp. G.P. of the OWNER of the above captioned property for which check(s) was received as real estate tax refund(s) covering the above premises. Said check(s) issued by the Department of Finance of the City of New York in the amount of $54,250.94 is made payable to the order of:
   Hoti Enterprises, L.P.

The undersigned hereby appoints any partner of PODELL, SCHWARTZ, SCHECHTER & BANFIELD LLP with offices at 605 Third Avenue, New York, New York 10158 as his attorney-in-fact to endorse said check(s) and deposit same in the Special Account of PODELL, SCHWARTZ, SCHECHTER & BANFIELD LLP.

Said Partner is authorized to apply the proceeds of said check(s) against the legal fee of $14,054.81 and remit the balance of $40,196.13 to:
Hoti Realty Enterprises, L.P.


Hoti Realty Enterprises, L.P.


X_____
By: Victor Dedvukaj
Title: Pres. of Corp. G.P.


STATE OF NEW YORK)
COUNTY OF        )ss:

On the _____ day of _____, 200__ before me personally came _____ to me known to be the individual described in and who executed the foregoing instrument and acknowledged that (s)he executed the same.


_____
NOTARY PUBLIC