EXHIBIT "H"

SENIOR COUNSEL
ALLAN O. SCHWARTZ

SPECIAL COUNSEL
VICTOR HADE

OF COUNSEL
OWEN B. CARRAGHER

(212) 883-6500
FAX: (212) 883-6518
WWW.PSSB-LAW.COM

1205 FRANKLIN AVENUE
GARDEN CITY, NY 11530
TEL. (516) 248-5827
FAX (516) 248-5854

April 30, 2010

Hoti Realty Management Co., Inc.
Attn: Mr. Victor Dedvukaj
P.O. Box 129
Pelham, NY 10803

BPC Management
Attn: Ms. Anna Menbizabal
80 Livingston Street
Brooklyn, NY 11201

Re: Real Estate Tax Refund
Premises: 1802-1884 Burnett Street
Block: 6841 - Lot: 1
County: Kings

Dear Mr. Dedvukaj and Ms. Menbizabal:

We are pleased to advise you that we have received a New York City refund check in the amount of $41,146.52 for the above premises. This check represents the tax refund from our Finance Appeal of tax year 2008/09.

Our records indicate that the property has been in Receivership since March 2009. Information contained in our files, as well as publicly available, is insufficient to permit us to determine entitlement to this refund. Upon the joint directive of all concerned, we will disburse the net proceeds as instructed.

We are enclosing a photostatic copy of this check together with our bill for professional services rendered.

Very truly yours,

PODELL, SCHWARTZ, SCHECHTER
& BANFIELD, LLP

MEIR MORGULIS

MM:bv
Encl.

LAW OFFICES

# PODELL, SCHWARTZ, SCHECHTER & BANFIELD, LLP

605 THIRD AVENUE
NEW YORK, N.Y. 10158

(212) 883-6500
FAX: (212) 883-6518
WWW.PSSB-LAW.COM

SENIOR COUNSEL
ALLAN C. SCHWARTZ

SPECIAL COUNSEL
VICTOR HADE

OF COUNSEL
OWEN B. CARRAGHER

1205 FRANKLIN AVENUE
GARDEN CITY, NY 11530
TEL. (516) 248-5827
FAX (516) 248-5854

December 3, 2009

Hoti Management Co., Inc.
Mr. Victor Dedvukaj
3004 Avenue R
Brooklyn, New York 11229

Re:         Petitioner
HOTI REALTY ENTERPRISES, L.P.
-TO-
PODELL, SCHWARTZ, SCHECHTER & BANFIELD, LLP

FOR PROFESSIONAL SERVICES RENDERED:

In connection with obtaining reduction
of assessment covering:

PREMISES: 1802-1884 Burnett Street
COUNTY:     Kings
BLOCK:       6841   LOT:   1

For the Tax Year:     2008/09

| | |
|---|---|
| Original Assessed Value. | $ 4,041,000 |
| Reduced Assessed Value. | $ 2,288,000 |
| Reduction in Assessed Value. | $ 1,753,000 |
| Tax Rate | 12.596% |
| Assessment Reduction Times Tax Rate | $ 220,807.88 |
| Fee at 25% (Dept. of Finance Filing). | $ 55,201.97 |
| Reduced Courtesy Fee. | $ 11,040.39 |
| BALANCE DUE --- | $ 11,040.39 |

12/03/09

| | CHECK NO. | ACCOUNT NO. | TRANS. ID. | DATE | DOCUMENT NO. |
|---|---|---|---|---|---|
| 50-937 213 | 0000622090 | 3  6841   001/0 | 920957392142 | 03/16/10 | **622090** |



COMMISSIONER OF FINANCE, CITY OF NEW YORK

**CHASE**
JPMorgan Chase Bank, N.A.
Syracuse, New York

FINANCE—PROPERTY TAX

DOLLARS     CENTS

$  *****41,146.52     NOT VALID AFTER SIX MONTH

THE SUM OF $41,146*AND 52 CENTS******

**PAY** TO THE
ORDER OF

    HOTI ENTERPRISES L.P.
    C/O PODELL SCHWARTZ SCHECHTER BANF
    605 3RD AVE
    NEW YORK NY 10158-0180
    R0293458100316

COMPTROLLER

COMMISSIONER OF FINANCE

⑈622090⑈ ⑇021309379⑇  615773389⑈