EXHIBIT "I"



1C Quaker Ridge Road New Rochelle New York 10804 ■ phone 914 712 2210 ■ fax 914 712 1775

November 17, 2010

To Whom It May Concern:

This letter will advise you that Hoti Enterprises LLP (DIP) has presented Signature Bank with a check for $100,000., for rent security. A copy of this check is attached. We are holding it until advised that we can deposit it into an account.

Should you need any further information, please feel free to contact the writer.

Yours sincerely,

Judith A. Stern
SVP and Group Director

```
                                                              1045
DEDVUKAJ CONSTRUCTION INC.
       8 OLD WOODS DRIVE
       HARRISON, NY 10528
                                          DATE 10/28/10    18/210 160

PAY TO THE    Hoti Enterprises LLP (DIP)         $ 100,000
ORDER OF                                                  00
One hundred thousand                             /00  DOLLARS

citibank
CITIBANK, N.A. BR. #160
1040 BOSTON POST ROAD
RYE, NY 10580
FOR  Rent Security's                    [signature]

⑈0001045⑈ ⑆021000089⑆ 9981503107⑈
```