EXHIBIT "L"

February 03, 2010

<u>**VIA FACSIMILE – (914) 381-2323**</u>
Mr. Victor Dedvukaj
Hoti Enterprises
8 Old Woods Drive
Harrison, New York 10528

Re: 1865 Burnett Street
Brooklyn, New York 11229

Dear Mr. Dedvukaj:

Based on the information you have supplied us with, enclosed please find a preliminary quote for a first lien mortgage on the above captioned property based on the following terms and conditions:

| LOAN AMOUNT | $15,000,000 |
|---|---|
| RATE | 5.5% |
| TERM | 5 years with a 5 year option |
| AMORTIZATION | 30 Years |
| MONTHLY PAYMENT | $85,168 |
| ANNUAL PAYMENT | $1,022,016 |
| PREPAYMENT PENALTY | 5,4,3,2,1% |
| *ESTIMATED FEES* | |
| BANK FEE | None |
| APPRAISAL FEE | $4,500 |
| ENVIRONMENTAL/ENGINEERING | Required |
| BANK LEGAL FEE | $15,000 |

Kindly review and advise. If you have any questions regarding this matter, please feel free to contact me.

Very truly yours,

Charles Grussgott

File #47537