**EXHIBIT "Q"**

Hoti Realty Management Co, Inc.
Thirty Day Cash Flow Projections

|  | May 1, 2010<br>May 31, 2010 |
|---|---:|
| **Projected Cash Receipts** | |
| Collection of Rent A/R | $ 142,000 |
| Collection of Garage A/R | 10,275 |
| Other Cash Receipts | 1,800 |
| Total Projected Cash Receipts | 154,075 |
| **Projected Cash Disbursements** | |
| Payroll & Benefits | 23,000 |
| Utilities - Electric | 3,000 |
| Utilities - Fuel | 54,000 |
| Legal & Professional | 15,000 |
| Management Fees (5% of Gross Collections) | 7,704 |
| Service Contracts | 1,500 |
| Maintenance & Repairs | 1,500 |
| Supplies | 3,500 |
| Postage & Office Expense | 100 |
| Total Projected Cash Disbursements | 109,304 |
| Projected Net Change in Cash & Cash Equivalents | $ 44,771 |

Notes:
Cash receipts are based on prior months collections & occupancy rates.
Future cash receipts are projected to increase as there are currently,
thirty nine vacant apartments waiting to be occupied.
Legal & Professional Fees reflect bankruptcy related costs.
The payroll figure might be revised downward once necessary
repairs have been completed to the property.