| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2009021700443003001E3653 |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | |

RECORDING AND ENDORSEMENT COVER PAGE     PAGE 1 OF 4

**Document ID:** 2009021700443003    Document Date: 08-21-2007    Preparation Date: 02-17-2009
Document Type: POWER OF ATTORNEY
Document Page Count: 2

| PRESENTER: | RETURN TO: |
|---|---|
| MADISON TITLE AGENCY, LLC<br>(PICK-UP-RAPID) AS AGENT FOR MADISON<br>1125 OCEAN AVENUE<br>LAKEWOOD, NJ 08701<br>212-808-9400<br>pickup@rapidrecording.com | DLA PIPER LLP<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020<br>MTANY-035432 |

PROPERTY DATA

| Borough | Block | Lot | | Unit | Address |
|---|---|---|---|---|---|
| BROOKLYN | 6841 | 1 | Entire Lot | 84 | 3004 AVENUE R |
| Property Type: COMMERCIAL REAL ESTATE | | | | | |
| Borough | Block | Lot | | Unit | Address |
| BROOKLYN | 6816 | 33 | Entire Lot | | 3001 AVENUE R |
| Property Type: COMMERCIAL REAL ESTATE | | | | | |

 x  Additional Properties on Continuation Page

CROSS REFERENCE DATA

CRFN_____ *or* Document ID_____ *or* _____ Year_____ Reel ___ Page _____ *or* File Number_____

PARTIES

| PARTY ONE: | PARTY TWO: |
|---|---|
| WELLS FARGO BANK, N.A.<br>9062 OLD ANNAPOLIS ROAD<br>COLUMBIA, MD 21045 | LNR PARTNERS, INC.<br>1601 WASHINGTON AVENUE, 7TH FLOOR<br>MIAMI BEACH, FL 33139 |

FEES AND TAXES

| Mortgage | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | RECORDED OR FILED IN THE OFFICE | |
| TASF: | $ | 0.00 | OF THE CITY REGISTER OF THE | |
| MTA: | $ | 0.00 | CITY OF NEW YORK | |
| NYCTA: | $ | 0.00 | Recorded/Filed 02-23-2009 10:54 | |
| Additional MRT: | $ | 0.00 | City Register File No.(CRFN): | |
| TOTAL: | $ | 0.00 | **2009000051865** | |
| Recording Fee: | $ | 51.00 | | |
| Affidavit Fee: | $ | 0.00 | *City Register Official Signature* | |


**Document ID: 2009021700443003**   Document Date: 08-21-2007   Preparation Date: 02-17-2009
Document Type: POWER OF ATTORNEY

## PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 8472 | 1 Entire Lot | 52 | 2801 FILLMORE AVENUE |

**Property Type:** COMMERCIAL REAL ESTATE



# LIMITED POWER OF ATTORNEY

WELLS FARGO BANK, N.A., a national banking association, AS TRUSTEE FOR THE REGISTERED HOLDERS OF GE COMMERCIAL MORTGAGE CORPORATION, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-C1 ("Trustee"), having a business address of 9062 Old Annapolis Road, Columbia, Maryland 21045, Attention: Corporate Trust Services (CMBS) GE COMMERCIAL MORTGAGE CORPORATION, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-C1, hereby makes, constitutes and appoints LNR PARTNERS, INC., a Florida corporation ("Attorney"), with a business address of 1601 Washington Avenue, 7th Floor, Miami Beach, Florida 33139, its true and lawful attorney, and, in its name, place and stead and for its use and benefit, to execute, endorse, deliver and acknowledge all documents, and to take all such further actions, necessary or appropriate (i) to service any mortgage, deed of trust or other loans acquired or owned by Trustee, including, without limitation, the issuance of statements for and the collection of any sums due or otherwise payable under such loans, (ii) for the modification, partial release, foreclosure, cancellation or satisfaction of mortgages and deeds of trust and notes relating to such loans as well as any other instrument relating to such loans, (iii) for the day-to-day operation, management, leasing, repair, maintenance and disposition and conveyance of real and personal property acquired through foreclosure sales or deeds in lieu of foreclosure with respect to such loans, (iv) for the sale, conveyance, endorsement or assignment of mortgages and deeds of trust and notes as well as any other instrument relating to such loans, and (v) for the exercise of any and all of the foregoing in the context of any case filed under Titles 7, 11 or 13 of the United States Code or any other provision of federal or state law relating to bankruptcy or insolvency, including, without limitation, the filing of proofs of claim, filing of motions to dismiss or for stay of relief, voting on plans, and acting as plan proponent. Trustee grants unto Attorney as Trustee's attorney-in-fact full power and authority to execute and deliver such instruments and to take such actions as if Trustee were personally present, hereby ratifying and confirming all that Attorney as Trustee's attorney-in-fact shall lawfully do or cause to be done by authority hereof. Action by Attorney shall be through its Chief Executive Officer, its President, any Vice President or any other authorized officer as established by corporate resolution (as to other authorized officers only).

Third parties without actual notice may rely upon the powers granted under this instrument upon the exercise of any such powers by Attorney as Trustee's attorney-in-fact, and may assume that all conditions precedent to the exercise of any such powers have been satisfied. This Limited Power of Attorney shall remain in full force and effect unless a revocation hereof has been recorded in the official public records of the county wherein this instrument has been recorded.

IN WITNESS WHEREOF, Trustee has executed this instrument and caused its seal to be affixed as of the __21st__ day of August, 2007.

| | |
|---|---|
| Signed, sealed and delivered<br>in the presence of: | WELLS FARGO BANK, N.A.,<br>a national banking association, as<br>TRUSTEE |
| _/s/ Alex Humphries_<br>Print Name: ALEX HUMPHRIES | By: _/s/ Judith J. Rishel_<br>Print Name: Judith J. Rishel<br>Vice President |
| _/s/ Brandon Steinhorn_<br>Print Name: Brandon Steinhorn<br>(as to Both) | Attest: _/s/ Ty Wilkins_<br>Print Name: Ty Wilkins<br>Assistant Secretary |

[CORPORATE SEAL]

STATE OF MARYLAND )
) SS:
COUNTY OF HOWARD )

I HEREBY CERTIFY that on the __21st__ day of August, 2007, before the subscriber, __JEFF ROLAND__, personally appeared __JUDITH RISHEL__ and __TY WILKINS__, who acknowledged themselves to be a Vice President and an Assistant Secretary, respectively, of the Wells Fargo Bank, N.A., a national banking association (the "Association"), and that they as such officers, being authorized to do so, executed the foregoing power of attorney for the purposes therein contained by signing the name of the Association by themselves as such officers.

My Commission Expires:

_/s/ Jeff Roland_
Print Name: Jeff Roland
Notary Public, State of Maryland

[NOTARIAL SEAL]

JEFFREY ROLAND
NOTARY PUBLIC
HOWARD COUNTY
MARYLAND
MY COMMISSION EXPIRES MARCH 23, 2011

SEAL

MIAMI 1384120.1 7310227282