| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2009021700443001001EF62A |
|---|---|

## RECORDING AND ENDORSEMENT COVER PAGE — PAGE 1 OF 18

**Document ID:** 2009021700443001    **Document Date:** 02-06-2009    **Preparation Date:** 02-17-2009
**Document Type:** ASSIGNMENT, MORTGAGE
**Document Page Count:** 16

| PRESENTER: | RETURN TO: |
|---|---|
| MADISON TITLE AGENCY, LLC<br>(PICK-UP-RAPID) AS AGENT FOR MADISON<br>1125 OCEAN AVENUE<br>LAKEWOOD, NJ 08701<br>212-808-9400<br>pickup@rapidrecording.com | DLA PIPER LLP<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020<br>MTANY-035432 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 6841 | 1    Entire Lot | 84 | 3004 AVENUE R |

**Property Type:** COMMERCIAL REAL ESTATE

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 6816 | 33    Entire Lot | | 3001 AVENUE R |

**Property Type:** COMMERCIAL REAL ESTATE

x Additional Properties on Continuation Page

### CROSS REFERENCE DATA
BROOKLYN    **Year:** 1950    **Reel:** 10144    **Page:** 72
x Additional Cross References on Continuation Page

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| WELLS FARGO BANK, N.A.<br>C/O LNR PARTNERS, INC., 1601 WASHINGTON AVENUE, SUITE 800<br>MIAMI BEACH, FL 33139 | GECMC 2007-C1 BURNETT STREET, LLC<br>C/O LNR PARTNERS, INC., 1601 WASHINGTON AVENUE, SUITE 700<br>MIAMI BEACH, FL 33139 |

### FEES AND TAXES

| Mortgage | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Filing Fee: $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: $ | 0.00 |
| Exemption: | | | | |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: $ | 0.00 |
| City (Additional): | $ | 0.00 | | |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 121.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK
Recorded/Filed    02-23-2009 10:54
City Register File No.(CRFN): 2009000051863

*City Register Official Signature*


**Document ID:** 2009021700443001   Document Date: 02-06-2009   Preparation Date: 02-17-2009
**Document Type:** ASSIGNMENT, MORTGAGE

| PROPERTY DATA | | | | | |
|---|---|---|---|---|---|
| Borough | Block | Lot | | Unit | Address |
| BROOKLYN | 8472 | 1 | Entire Lot | 52 | 2801 FILLMORE AVENUE |
| | Property Type: | COMMERCIAL REAL ESTATE | | | |

**CROSS REFERENCE DATA**
BROOKLYN  Year: 1972   Reel: 573    Page: 568
BROOKLYN  Year: 1973   Reel: 637    Page: 756
BROOKLYN  Year: 1978   Reel: 997    Page: 433
BROOKLYN  Year: 1983   Reel: 1452   Page: 1687
BROOKLYN  Year: 1984   Reel: 1477   Page: 496
BROOKLYN  Year: 1987   Reel: 2018   Page: 96
BROOKLYN  Year: 1988   Reel: 2297   Page: 1690
BROOKLYN  Year: 1989   Reel: 2482   Page: 1895
BROOKLYN  Year: 1990   Reel: 2517   Page: 1779
BROOKLYN  Year: 1990   Reel: 2575   Page: 2454
BROOKLYN  Year: 1994   Reel: 3209   Page: 815
BROOKLYN  Year: 1998   Reel: 4154   Page: 1378
BROOKLYN  Year: 1999   Reel: 4389   Page: 1987
BROOKLYN  Year: 2002   Reel: 5897   Page: 1901
CRFN: 2004000184211
CRFN: 2005000037079
CRFN: 2005000644743
CRFN: 2006000408860
CRFN: 2007000112920
CRFN: 2007000112921

This instrument prepared by:

DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020

Record & Return to:

DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Attn: Dianne Greenberg Penchina, Esq.

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, the receipt and sufficiency of which are hereby acknowledged, WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF GE COMMERCIAL MORTGAGE CORPORATION, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-C1 ("Assignor"), having a mailing address of c/o LNR Partners, Inc., 1601 Washington Avenue, Suite 800, Miami Beach, Florida 33139, does hereby grant, bargain, sell, assign, deliver, convey, transfer and set over unto GECMC 2007-C1 BURNETT STREET, LLC, a Delaware limited liability company ("Assignee"), having a mailing address of c/o LNR Partners, Inc., 1601 Washington Avenue, Suite 700, Miami Beach, Florida 33139, all of the Assignor's right, title and interest in and to the following mortgages and other loan documents, as each such instrument may have been amended and assigned:

1. The mortgages described on Exhibit "B" annexed hereto and incorporated herein (as amended, collectively, the "Mortgage");

2. The bond(s), note(s) and/or obligation(s) secured by the Mortgage, the moneys due and to grow due thereon, with interest as specified therein, and all rights accrued or to accrue under the Mortgage; and

TOGETHER WITH all sums and other obligations described therein and in the promissory note(s) referred to therein.

TO HAVE AND TO HOLD the same unto the Assignee and to the successors and assigns of the Assignee forever.

The Mortgage assigned hereby encumber the real property legally described on Exhibit "A" annexed hereto and incorporated herein by reference.

EAST\42324022.2

THIS ASSIGNMENT IS MADE WITHOUT RECOURSE AND WITHOUT REPRESENTATION OR WARRANTY, EXPRESS, IMPLIED OR BY OPERATION OF LAW, OF ANY KIND AND NATURE WHATSOEVER.

This Assignment is not subject to the requirements of Section 275 of the Real Estate Law because it is an assignment within the secondary mortgage market.

[REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK]

IN WITNESS WHEREOF, this Assignment has been duly executed on behalf of Assignor as of the 6th day of February, 2009.

**Wells Fargo Bank, N.A., as Trustee for registered holders of GE Commercial Mortgage Corporation, Commercial Mortgage Pass-Through Certificates, Series 2007-C1**

By: LNR PARTNERS, INC., a Florida corporation, its attorney-in-fact under Limited Power of Attorney dated August 21, 2007, to be recorded in The Office of the City Register of the City of New York contemporaneously herewith

By: _____
Randolph J. Wolpert, Vice President

STATE OF FLORIDA )
) SS:
COUNTY OF MIAMI-DADE )

On the 6th day of February in the year 2009, before me, the undersigned, personally appeared Randolph J. Wolpert, as Vice President of LNR PARTNERS, INC., a Florida corporation, on behalf of such corporation as Attorney-in-Fact on behalf of Wells Fargo Bank, N.A., as Trustee for registered holders of GE Commercial Mortgage Corporation, Commercial Mortgage Pass-Through Certificates, Series 2007-C1, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.



Signature: _Caridad E. Laire_
Print Name: _CARIDAD E. LAIRE_

Notary Public, State of Florida
[Notarial Seal]

My Commission Expires: 7-23-09

## Exhibit A

### Legal Description

**Block 6841 Lot 1**

All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the southerly side of Avenue R and the easterly side of Stuart Street;

RUNNING THENCE easterly along the southerly side of Avenue R, 100 feet;

THENCE southerly parallel with Stuart Street, 226 feet;

THENCE westerly parallel with Avenue R, 100 feet to the easterly side of Stuart Street; and

THENCE northerly along the easterly side of Stuart Street, 226 feet to the point or place of BEGINNING.

All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the southwesterly side of Burnett Street and the northwesterly side of Fillmore Avenue;

RUNNING THENCE northwesterly along the southerly side of Burnett Street, 700 feet to the corner formed by the intersection of the southwesterly side of Burnett Street with the southeasterly side of Avenue R;

THENCE southwesterly along the southeasterly side of Avenue R, 100 feet to the centre line of the block;

THENCE southeasterly through the centre line of the block, 700 feet to the northwesterly side of Fillmore Avenue;

THENCE northeasterly along the northwesterly side of Fillmore Avenue 100 feet to the point or place of BEGINNING.

**Block 6816 Lot 33**

All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the northwesterly side of Avenue R and the northeasterly side of Stuart Street;

RUNNING THENCE northwesterly along the northeasterly side of Stuart Street, 100 feet;

THENCE northeasterly parallel with Avenue R, 100 feet to the centre line of the block;

THENCE southeasterly through the centre line of the block and parallel with Stuart Street, 100 feet to the northwesterly side of Avenue R; and

THENCE southwesterly along the northwesterly side of Avenue R, 100 feet to the point or place of BEGINNING.

Block 8472 Lot 1

All that certain plot, piece or parcel of land, with buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the northwesterly side of Fillmore Avenue and the southwesterly side of Madison Place;

RUNNING THENCE southwesterly along the northwesterly side of Fillmore Avenue, 200 feet to the corner formed by the intersection of the northwesterly side of Fillmore Avenue and the northeasterly side of Burnett Street;

THENCE northwesterly along the northeasterly side of Burnett Street, 360 feet;

THENCE northeasterly and parallel with Fillmore Avenue, 100 feet to the centre line of the block;

THENCE southeasterly through the centre line of the block and parallel with Burnett Street, 160 feet;

THENCE northeasterly parallel with Fillmore Avenue, 100 feet to the southwesterly side of Madison Place, and

THENCE southeasterly along the southwesterly side of Madison Place, 200 feet to the point or place of BEGINNING.

**Exhibit B**
**MORTGAGE SCHEDULE**

1.     Mortgage
   MORTGAGOR:    Marine Park Gardens, Inc.
   MORTGAGEE:    The County Trust Company
   Amount:    $1,108,000.00
   Dated:    04/13/1950
   Recorded:    04/14/1950
   Reel/Liber:    10144
   Page:    72

   Tax paid:    $22,160.00

   a.     Assignment
   ASSIGNOR:    The County Trust Company
   ASSIGNEE:    The Bowery Savings Bank
   Dated:    04/26/1951
   Recorded:    05/15/1951
   Reel/Liber:    0340
   Page:    47

   b.     Modification Agreement
   MORTGAGOR:    Harry Waxman, Evelyn Waxman, Benne Katz and Martin C. Barell, executors of the Estate of Sydney W. Waxman
   MORTGAGEE:    The Bowery Savings Bank
   Dated:    02/01/1969
   Recorded:    02/25/1969
   Reel/Liber:    329
   Page:    1768

2.     Mortgage
   MORTGAGOR:    Sameyco Realty Corp.
   MORTGAGEE:    The Bowery Savings Bank
   Amount:    $481,230.33
   Dated:    07/28/1972
   Recorded:    08/03/1972
   Reel/Liber:    573
   Page:    568

   a.     Consolidation Agreement
   MORTGAGOR:    Sameyco Realty Corp.
   MORTGAGEE:    The Bowery Savings Bank
   Dated:    07/28/1972
   Recorded:    09/22/1972
   Reel/Liber:    583

Page: 876
Consolidates Mortgages 1 and 2 to form a single lien of $1,050,000.00

    b.    Assignment
ASSIGNOR: The Bowery Savings Bank
ASSIGNEE: Bayside Federal Savings and Loan Association
Dated: 03/24/1987
Recorded: 05/06/1987
Reel/Liber: 2018
Page: 133

3.    Mortgage
MORTGAGOR: Alfred S. Friedman
MORTGAGEE: Funded Estates Associates
Amount: $330,084.15
Dated: 05/01/1973
Recorded: 06/06/1973
Reel/Liber: 637
Page: 756

    a.    Extension and Modification Agreement
MORTGAGOR: Aaron Zeigelman and William K. Langfan
MORTGAGEE: Funded Estates Associates
Dated: 03/31/1978
Recorded: 06/05/1978
Reel/Liber: 997
Page: 1734

    b.    Modification Agreement
MORTGAGOR: Aaron Zeigelman and William K. Langfan
MORTGAGEE: Funded Estates Associates
Dated: 05/01/1983
Recorded: 06/30/1983
Reel/Liber: 1407
Page: 1054
Indexed against Block 6841 Lot 1 only.

    c.    Assignment
ASSIGNOR: Funded Estates Associates
ASSIGNEE: William K. Langfan and Aaron Ziegelman
Dated: 04/30/1985
Recorded: 06/13/1985
Reel/Liber: 1655
Page: 748

    d.    Assignment

ASSIGNOR: William K. Langfan
ASSIGNEE: Aaron Ziegelman
Dated: 01/28/1986
Recorded: 05/27/1987
Reel/Liber: 1817
Page: 805

e. Assignment
ASSIGNOR: Aaron Ziegelman
ASSIGNEE: Pearsal 1987 Properties Corp.
Dated: 03/31/1987
Recorded: 05/06/1987
Reel/Liber: 2018
Page: 121

f. Assignment
ASSIGNOR: Pearsal 1987 Properties Corp.
ASSIGNEE: Bayside Federal Savings and Loan Association
Dated: 03/31/1987
Recorded: 05/06/1987
Reel/Liber: 2018
Page: 123

4. Mortgage
MORTGAGOR: Gjelosh Dedvukaj
MORTGAGEE: Aaron Ziegelman and William K. Langfan
Amount: $1,475,000.00
Dated: 05/25/1978
Recorded: 06/01/1978
Reel/Liber: 997
Page: 433
Tax Paid: $2,662.50

a. Assignment
ASSIGNOR: William K. Langfan
ASSIGNEE: Aaron Ziegelman
Dated: 01/28/1986
Recorded: 05/27/1986
Reel/Liber: 1817
Page: 801

b. Assignment
ASSIGNOR: Aaron Ziegelman
ASSIGNEE: Pearsal 1987 Properties Corp.
Dated: 03/31/1987
Recorded: 05/06/1987

|   |   |   |
|---|---|---|
|   | Reel/Liber: | 2018 |
|   | Page: | 125 |

    c.    Assignment
        ASSIGNOR:    Pearsal 1987 Properties Corp.
        ASSIGNEE:    Bayside Federal Savings Bank
        Dated:    03/31/1987
        Recorded:    05/06/1987
        Reel/Liber:    2018
        Page:    131

5.    Mortgage
    MORTGAGOR:    Gjelosh Dedvukaj
    MORTGAGEE:    Joel H. Rabine
    Amount:    $58,509.00
    Dated:    11/21/1983
    Recorded:    12/02/1983
    Reel/Liber:    1452
    Page:    1687

    a.    Assignment
        ASSIGNOR:    Joel H. Rabine
        ASSIGNEE:    Bayside Federal Savings and Loan Association
        Dated:    03/23/1987
        Recorded:    05/06/1987
        Reel/Liber:    2018
        Page:    127

6.    Mortgage
    MORTGAGOR:    Gjelosh Dedvukaj
    MORTGAGEE:    Joel H. Rabine
    Amount:    $58,509.00
    Dated:    02/01/1984
    Recorded:    02/22/1984
    Reel/Liber:    1477
    Page:    496

    a.    Assignment
        ASSIGNOR:    Joel H. Rabine
        ASSIGNEE:    Bayside Federal Savings and Loan Association
        Dated:    03/23/1987
        Recorded:    05/06/1987
        Reel/Liber:    2018
        Page:    129

7.    Mortgage

> MORTGAGOR: Gjelosh Dedvukaj
> MORTGAGEE: Bayside Federal Savings and Loan Association
> Amount: $1,334,041.03
> Dated: 04/01/1987
> Recorded: 05/06/1987
> Reel/Liber: 2018
> Page: 96
>
> a. Consolidation, Extension and Modification Agreement
> MORTGAGOR: Gjelosh Dedvukaj
> MORTGAGEE: Bayside Federal Savings and Loan Association
> Dated: 04/01/1987
> Recorded: 05/06/1987
> Reel/Liber: 2018
> Page: 107
> Consolidates Mortgages 1-7 to forma single lien of $2,450,000.00
>
> b. Assignment
> ASSIGNOR: Bayside Federal Savings and Loan Association
> ASSIGNEE: Federal Home Loan Mortgage Corporation
> Dated: 04/06/1987
> Recorded: 06/16/1987
> Reel/Liber: 2040
> Page: 1394
>
> c. Assignment
> ASSIGNOR: Federal Home Loan Mortgage Corporation
> ASSIGNEE: Bayside Federal Savings Bank, successor in interest to Bayside Federal Savings and Loan Association
> Dated: 12/16/1993
> Recorded: 02/04/1994
> Reel/Liber: 3209
> Page: 840
>
> d. Assignment
> ASSIGNOR: Bayside Federal Savings Bank, successor in interest to Bayside Federal Savings and Loan Association
> ASSIGNEE: Queens County Savings Bank
> Dated: 12/16/1993
> Recorded: 02/04/1994
> Reel/Liber: 3209
> Page: 843

8. Mortgage
   MORTGAGOR: Gjelosh Dedvukaj
   MORTGAGEE: First Federal Savings and Loan Association of Rochester

|   |              |                |
|---|--------------|----------------|
|   | Amount:      | $563,408.00    |
|   | Dated:       | 10/07/1988     |
|   | Recorded:    | 10/31/1988     |
|   | Reel/Liber:  | 2297           |
|   | Page:        | 1690           |

    a.     Assignment
        ASSIGNOR:    First Federal Savings and Loan Association of Rochester
        ASSIGNEE:    Queens County Savings Bank
        Dated:    11/30/1993
        Recorded:    02/04/1994
        Reel/Liber:    3209
        Page:    848

9.    Mortgage
        MORTGAGOR:    Gjelosh Dedvukaj and Maruka Dedvukaj
        MORTGAGEE:    Sally Rabine
        Amount:    $117,200.00
        Dated:    11/22/1989
        Recorded:    12/01/1989
        Reel/Liber:    2482
        Page:    1895

    a.     Assignment
        ASSIGNOR:    Sally Rabine
        ASSIGNEE:    Queens County Savings Bank
        Dated:    12/15/1993
        Recorded:    02/04/1994
        Reel/Liber:    3209
        Page:    846

10.    Mortgage
        MORTGAGOR:    Gjelosh Dedvukaj
        MORTGAGEE:    Sally Rabine
        Amount:    $107,816.80
        Dated:    02/02/1990
        Recorded:    02/01/1990
        Reel/Liber:    2517
        Page:    1779

    a.     Assignment
        ASSIGNOR:    Sally Rabine
        ASSIGNEE:    Queens County Savings Bank
        Dated:    12/15/1993
        Recorded:    02/04/1994
        Reel/Liber:    3209

Page: 813

11. Mortgage
    MORTGAGOR: Gjelosh Dedvukaj and Maruka Dedvukaj
    MORTGAGEE: Sally Rabine
    Amount: $111,240.00
    Dated: 06/19/1990
    Recorded: 06/29/1990
    Reel/Liber: 2575
    Page: 2454

    a. Assignment
       ASSIGNOR: Sally Rabine
       ASSIGNEE: Queens County Savings Bank
       Dated: 12/15/1993
       Recorded: 02/04/1994
       Reel/Liber: 3209
       Page: 838

12. Mortgage
    MORTGAGOR: Gjelosh Dedvukaj
    MORTGAGEE: Queens County Savings Bank
    Amount: $363,079.28
    Dated: 12/17/1993
    Recorded: 02/04/1994
    Reel/Liber: 3209
    Page: 815

    a. Consolidation, Extension and Modification Agreement
       MORTGAGOR: Gjelosh Dedvukaj
       MORTGAGEE: Queens County Savings Bank
       Dated: 12/17/1993
       Recorded: 02/04/1994
       Reel/Liber: 3209
       Page: 824
       Consolidates Mortgages 1-12 to form a single lien of $3,500,000.00

13. Mortgage
    MORTGAGOR: Hoti Enterprises, L.P.
    MORTGAGEE: Queens County Savings Bank
    Amount: $982,474.43
    Dated: 06/27/1997
    Recorded: 03/26/1998
    Reel/Liber: 4154
    Page: 1378

a.         Consolidation, Extension and Modification Agreement
        MORTGAGOR:    Hoti Enterprises, L.P.
        MORTGAGEE:     Queens County Savings Bank
        Dated:                 06/27/1997
        Recorded:          03/26/1998
        Reel/Liber:         4154
        Page:                  1386
        Consolidates Mortgages 1-13 to form a single lien of $4,300,000.00

14.     Mortgage
    MORTGAGOR:    Hoti Enterprises, L.P.
    MORTGAGEE:     Queens County Savings Bank
    Amount:             $1,241,160.08
    Dated:               09/22/1998
    Recorded:        02/08/1999
    Reel/Liber:        4389
    Page:                 1987

a.         Consolidation and Modification Agreement
        MORTGAGOR:    Hoti Enterprises, L.P.
        MORTGAGEE:     Queens County Savings Bank
        Dated:                 09/22/1998
        Recorded:          02/08/1999
        Reel/Liber:         4389
        Page:                1998
        Consolidates Mortgages 1-14 to form a single lien of $5,500,000.00

15.     Mortgage
    MORTGAGOR:    Hoti Enterprises, L.P.
    MORTGAGEE:     New York Community Bank, successor in interest to Queens County Savings Bank
    Amount:             $1,827,910.19
    Dated:               09/17/2002
    Recorded:        11/14/2002
    Reel/Liber:        5897
    Page:                 1901

a.         Consolidation, Extension and Modification Agreement
        MORTGAGOR:    Hoti Enterprises, L.P.
        MORTGAGEE:     New York Community Bank, successor in interest to Queens County Savings Bank
        Dated:                 09/17/2002
        Recorded:          11/14/2002
        Reel/Liber:         5897
        Page:                1916
        Consolidates Mortgages 1-15 to form a single lien of $7,125,000.00

16.         Mortgage
    MORTGAGOR: Hoti Enterprises, L.P.
    MORTGAGEE: New York Community Bank
    Amount: $1,918,239.26
    Dated: 06/23/2003
    Recorded: 03/26/2004
    CRFN: 2004000184211

    a.       Consolidation, Modification and Extension Agreement
       MORTGAGOR: Hoti Enterprises, L.P.
       MORTGAGEE: New York Community Bank
       Dated: 06/23/2003
       Recorded: 03/26/2004
       CRFN: 2004000184212
       Consolidates Mortgages 1-16 to form a single lien of $9,000,000.00

17.         Mortgage
    MORTGAGOR: Hoti Enterprises, L.P.
    MORTGAGEE: New York Community Bank
    Amount: $3,645,539.66
    Dated: 12/14/2004
    Recorded: 01/20/2005
    CRFN: 2005000037079

    a.       Consolidation, Extension and Modification Agreement
       MORTGAGOR: Hoti Enterprises, L.P.
       MORTGAGEE: New York Community Bank
       Dated: 12/14/2004
       Recorded: 01/20/2005
       CRFN: 2005000037080
       Consolidates Mortgages 1-17 to form a single lien of $12,500,000.00

    b.       Assignment of Mortgage
       Assignor: New York Community Bank
       Assignee: Independence Community Bank
       Dated: 09/22/2005
       Recorded: 11/18/2005
       CRFN#: 2005000644742

18.         Mortgage
    Mortgagor: Hoti Enterprises, L,.P.
    Mortgagee: Independence Community Bank
    Amount: $4,500,000.00
    Dated: 09/22/2005

Recorded: 11/18/2005
CREN#: 2005000644743

    a.    Consolidation, Extension and Modification Agreement
Mortgagor: Hoti Enterprises, L.P.
Mortgagee: Independence Community Bank
Dated: 09/22/2005
Recorded: 11/18/2005
CRFN#: 2005000644744
Consolidates Mortgages 1 -18 to form a single lien of $17,000,000.00

Which Mortgage was assigned by Sovereign Bank to Deutsche Bank Mortgage Capital, L.L.C. in the reduced amount of $16,780,706.15 by the certain Assignment of Mortgage dated February 15, 2007 and recorded March 1, 2007, as CRFN 2007000112919 with the New York City (Kings County) Register, New York.

19.    Mortgage
Mortgagor: Hoti Enterprises, L.P.
Mortgagee: Independence Community Bank
Amount: $5,400,000.00
Dated: 06/29/2006
Recorded: 07/19/2006
CRFN#: 2006000408860
Mortgage Tax Paid: $151,200.00

Which Mortgage was assigned by Sovereign Bank to Deutsche Bank Mortgage Capital, L.L.C. in the reduced amount of $5,370,310.89 by that certain Assignment of Mortgage dated February 15, 2007 and recorded March 1, 2007, as CRFN 2007000112918 with the New York City (Kings County) Register, New York.

20.    Gap Mortgage by Hoti Enterprises, L.P. to Deutsche Bank Mortgage Capital, L.L.C. dated February 15, 2007 in the amount of $8,848,982.96 and recorded March 1, 2007, as CRFN 2007000112920 with the New York City (Kings County) Register, New York.

21.    Amended, Restated and Consolidated Mortgage and Security Agreement, dated February 15, 2007, by HOTI ENTERPRISES, L.P., a New York Limited Partnership ("Borrower"), in favor of DEUTSCHE BANK MORTGAGE CAPITAL, L.L.C., a Delaware limited liability company ("Original Lender"), and recorded on March 1, 2007, as CRFN 2007000112921, in The Office of the City Register of the City of New York, which consolidates the prior mortgages to form a single lien in the amount of THIRTY-ONE MILLION DOLLARS ($31,000,000.00); and

22.    That certain Assignment of Mortgage, dated May 8, 2007, made by Original Lender, in favor of Assignor, recorded on July 9, 2007, as CRFN 2007000348743, in The Office of the City Register of the City of New York.