## ALLONGE

THIS ALLONGE IS TO BE ATTACHED to that certain Amended, Restated and Consolidated Promissory Note dated as of February 15, 2007, payable by HOTI ENTERPRISES, L.P., a New York limited partnership, originally to the order of Deutsche Bank Mortgage Capital, L.L.C., a Delaware limited liability company in the original principal amount of THIRTY ONE MILLION DOLLARS ($31,000,000.00).

PAY TO THE ORDER OF **GECMC 2007-C1 BURNETT STREET, LLC**, a Delaware limited liability company.

WITHOUT RECOURSE AND WITHOUT REPRESENTATION OR WARRANTY, EXPRESS, IMPLIED OR BY OPERATION OF LAW, OF ANY KIND AND NATURE WHATSOEVER.

Dated: February 6, 2009.

**Wells Fargo Bank, N.A., as Trustee for registered holders of GE Commercial Mortgage Corporation, Commercial Mortgage Pass-Through Certificates, Series 2007-C1**

By: LNR Partners, Inc., a Florida corporation, its attorney-in-fact under Limited Power of Attorney dated August 21, 2007

By: _____
Randolph J. Wolpert, Vice President

EAST\42322727.2