**Rattet Pasternak & Gordon Oliver, LLP**

550 Mamaroneck Avenue
Harrison, NY 10528

Statement

| Date |
|---|
| 1/11/2011 |



To:
Hoti Enterprises
c/o Victor Dedvukaj

| Amount Due | Amount Enc. |
|---|---|
| $86,808.26 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/06/2010 | Balance forward | | 64,798.34 |
| 01/11/2011 | Services and Expenses for December 2010 (see enclosed) | 22,009.92 | 86,808.26 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 22,009.92 | 0.00 | 64,798.34 | 0.00 | 0.00 | $86,808.26 |