UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                          :          Chapter 11
                                                :
HOTI ENTERPRISES, LP, and                       :          Lead Case No. 10-24129 (RDD)
HOTI REALTY MANAGEMENT CO., INC.                :
                                                :
                        Debtor.                 :
-------------------------------------------------------------x

## ORDER (A) FINDING HOTI ENTERPRISES, LP, HOTI REALTY MANAGEMENT CO., INC. AND VICTOR DEDVUKAJ IN CONTEMPT OF COURT, (B) COMPELLING COMPLIANCE WITH CASH COLLATERAL ORDER AND (C) IMPOSING SANCTIONS

Upon consideration of the motion (the "Motion") of GECMC 2007 C-1 Burnett Street, LLC ("GECMC") for an order (a) finding Hoti Enterprises, LP, Hoti Realty Management Co., Inc. and Victor Dedvukaj (collectively, the "Debtor Parties") in contempt of court for failing to comply with that certain December 22, 2010 Stipulation and Order Consenting To Use Of Cash Collateral and Granting Adequate Protection to GECMC 2007 C-1 Burnett Street, LLC (the "Cash Collateral Order"), (b) compelling compliance with the Cash Collateral Order and (c) imposing sanctions against Victor Dedvukaj; and GECMC having provided notice of the Motion to the Debtor Parties, and such notice being good and sufficient pursuant to Bankruptcy Rules 9020 and 9014; and upon the record of the hearing on the Motion held on April 11, 2011 (the "Hearing"); and upon the record of this case and upon all proceedings heretofore and herein; and good and sufficient cause having been shown for the reasons stated on the record at the Hearing, it is hereby

**ORDERED** that the Debtor Parties are in contempt of court for failing to comply with the Cash Collateral Order by failing to pay the Tenant Funds (as such term is defined in the Motion and the Cash Collateral Order) to the Receiver by the date required therein (as those terms are defined in the Motion); and it is further

**ORDERED** that the Debtor Parties must pay the Tenant Funds to the Receiver by April 22, 2011 (the "Due Date"); and it is further

**ORDERED** that Victor Dedvukaj shall pay GECMC a penalty of $500 for each day after the Due Date that the Debtor Parties fail to comply with the prior decretal paragraph of this Order; and it is further

**ORDERED** that with respect to GECMC's request for attorneys fees and costs relating to the Motion, the Motion is adjourned until further notice by GECMC.

Dated:  White Plains, New York
       April 14, 2011

                                              /s/Robert D. Drain
                                              United States Bankruptcy Judge