UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re: : Chapter 11
 :
HOTI ENTERPRISES, LP, and : Lead Case No. 10-24129 (RDD)
HOTI REALTY MANAGEMENT CO., INC. :
 :
 Debtors. :
------------------------------------------------------------x

## ORDER DENYING DEBTORS' MOTION FOR RELIEF FROM ORDER

Upon consideration of the Debtors' Motion to Reconsider and Clarify, Under Fed. R. Civ. P. 60(b), as Applicable by Fed. R. Bankr. P. 9024, (a) The Order Granting Relief from the Automatic Stay and (b) The Servicer's Role With Regard To GECMC 2007 C-1 Burnett Street, LLC In These Proceedings (the "Motion"); and upon the Objection of GECMC 2007 C-1 Burnett Street, LLC to the Motion; and upon the record of the hearing held by the Court on the Motion on April 11, 2011 (the "Hearing"), and the record in these cases; and the Debtors having failed to sustain their burden with respect to the Motion for the reasons stated by the Court in its ruling on the record at the Hearing, it is hereby

**ORDERED,** that the Motion is **DENIED**.

Dated: White Plains, New York
 April 19, 2011

                                                /s/Robert D. Drain
                                                United States Bankruptcy Judge