UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

HOTI ENTERPRISES LP,
HOTI REALTY MANAGEMENT CO,
                    DEBTOR          Case No. 10-24129

**NOTICE OF WITHDRAWAL FROM
BANKRUPTCY PROCEEDING**

Now Comes, Jonathan Foster, sui juris, Trustee for CROWN HOLDING TRUST. CROWN HOLDING TRUST are Attorney in Fact for HOTI ENTERPRISES LP, HOTI REALTY MANAGEMENT CO, from hereon "HOTI ENTERPRISES".

CROWN HOLDING TRUST is a new business partner of HOTI ENTERPRISES.
RAMICHAEL INC, is a New York management company who manages CROWN HOLDINGTRUST. RAMICHAEL INC is an asset protection corporation and protects assets worldwide.

RAMICHAEL INC did an audit on HOTI ENTERPRISES which gave direction for this Noticeof WITHDRAWAL FROM BANKRUPTCY PROCEEDING.

HOTI ENTERPRISES tendered payment to KEYBANK REAL ESTATE CAPITAL in amountof $40,585,304.44.on March 21, 2011. HOTI ENTERPRISES has not heard from KEYBANK REAL ESTATE CAPITAL since payment was tendered. Which means it was accepted.

Now if the payment was not accepted by KEYBANK REAL ESTATE CAPITAL, KEYBANK REAL ESTATE CAPITAL would be in dishonor. With that being said HOTIENTERPRISES instituted a Notarial Protest. HOTI ENTERPRISES received a Certificate ofDishonor.

With that being said HOTI ENTERPRISES has fulfilled its obligation of the debt, paid in full.KEYBANK REAL ESTATE CAPITAL was the master servicer of the alleged loan. U.S.CTitle 11 Section 722 - Redemption, HOTI ENTERPRISES has a right to redemption.

KEYBANK REAL ESTATE CAPITAL was the one that was sending the bills andstatements. So if anyone has a claim on the property of HOTI ENTERPRISES, they will have to prove their claim, proof upon claim, "proof of claim".

LNR or GECMC 1865 BURNETT STREET LLC or whoever has a claim, they will have toprove their claim. So HOTI ENTERPRISES needs LNR or whoever to file a "Proof ofclaim".

HOTI ENTERPRISES apologizes for the inconvenience of the Bankruptcy Court. HOTIENTERPRISES needed protection at the time of filing the bankruptcy petition. HOTIENTERPRISES does not want to "contempt the court", so this is why HOTI ENTERPRISES isrequesting that this bankruptcy case be dismissed with prejudice.

HOTI ENTERPRISES is no longer a Debtor of KEYBANK REAL ESTATE CAPITAL, DEUTSCHE BANK, U.S. BANK, WELLS FARGO BANK, GECMC 2007- C1BURNETT STREET LLC, or LNR PARTNERS.

HOTI ENTERPRISES wants all properties that was given to anyone in connection with the alleged loan returned back to the Principle. Any Bill, Note, or Bond that was ever issued from the issuer, who was the Grantor, wants all accounts closed.

Victor Dedvukaj Authorized Representative for HOTI ENTERPRISES gave Note to DEUTSCHE BANK. DEUTSCHE BANK endorsed the Note and turned it into a security. Then GECMC put that security into a Trust, and then created a corporation from the Trust. MICHELLE LEIGHTON director for DEUTSCHE BANK signed the "ALLONGE" for DEUTSCHE BANK and Randolph J Wolpert vice-president for LNR signed the "ALLONGE" for WELLS FARGO, the documents speak for themselves.

The documents prove that the Note has value, from the Note came the title insurance policy, then came the bond which was the mortgage-pass-through-securities that was put in the Trust. In the Trust, loan number 23 is recorded with the Securities Exchange Commission. The Note has value, Victor Dedvukaj has accepted for value the Bill, Note, and Bond. If these items are not returned or closed, then Victor Dedvukaj will file a IRS form 8300, 4490, and 56, also notify the Securities Exchange Commission about securities and mail fraud.

The Grantor gave the grant and the trustee receives it. The trustee has an obligation to the Grantor, the trustee must perform their duty and if not the trustee has breached his or her fiduciary duty. Any trustee except Jonathan Foster are terminated from HOTI ENTERPRISES.

So from here on out the property of HOTI ENTERPRISES is free and clear, fee simple. HOTI ENTERPRISES want to thank this court for their services. If any more proceedings go beyond the date that this notice is filed, HOTI ENTERPRISES do not waive jurisdiction.

Jurisdiction will have to be established, then proof of claim, then real party of interest. Rule 4, Rule 12, Rule 17 of the United State Code.

HOTI ENTERPRISES reserve all rights of New York Uniform Commercial Code, 3-602, 3-603, 3-604, 8-201. HOTI ENTERPRISES will counterclaim any "claim that can be proven."

HOTI ENTERPRISES is the Secured Party and not the Debtor, so HOTI ENTERPRISES can not be called the Debtor anymore, so this is why this case must be closed.

HOTI ENTERPRISES thanks this court in advance.

Thank You!

Date: 4-28-2011

*Jonatha Fost* ucc 1 - 308
Jonathan Foster
Crown Holdings Trust

1561 SW 12th Avenue
Near  Miami [33129]
Florida republic

Page | 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

HOTI ENTERPRISE LP,
HOTI REALTY MANAGEMENT CO,
    DEBTOR              Case No. 10-24129

CERTIFICATE OF SERVICE

I, Giuseppe D. Nobile, Notary Public, am sending a copy of NOTICE OF WITHDRAWAL FROM BANKRUPTCY PROCEEDING, to DLA PIPER LLP. Having an address at 1251 Avenue of America, 27 floor, New York, New York 10020. The copy is being sent by USPS Certified mail # 7006 0810 0005 8756 1804

Date: April 29, 2011
Notary public_____

My Commission Expires _____

Giuseppe D. Nobile
Notary Public, State of N.Y.
No. 01NO6094808
Qualified in Westchester County
Commission Expires June 23, 20__

WITNESS my hand and official seal.

_____
Signature of Notary Public